DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY MORGAN,**
Appellant,

v.

**SOUTH FLORIDA CLINICAL TRIALS/AXIS CLINICAL TRIALS, ASTELLAS PHARMA EUROPE BV, AVEO PHARMACEUTICALS,**
Appellees.

No. 4D20-1539

[March 11, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE 19008816.

Jeffrey Morgan, Fort Lauderdale, pro se.

Mitchell W. Berger and Geoffrey Lottenberg of Berger Singerman, LLP, Fort Lauderdale, for appellees Astellas Pharma Europe B.V.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***